ACCEPTED
01-15-00018-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/12/2015 2:51:30 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00018-CR

| STATE OF TEXAS | § | IN THE COURT OF APPEALS |
| | § | 1st COURT OF APPEALS |
| | § | HOUSTON, TEXAS |
| VS. | § | 6/12/2015 2:51:30 PM |
| | § | CHRISTOPHER A. PRINE |
| JOHN ROBERT COULTER | § | FIRST DISTRICT OF TEXAS |

### FIRST MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes JOHN ROBERT COULTER, Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1.  This case is on appeal from the 434TH Judicial District Court of Fort Bend County, Texas.

2.  The case below was styled the *STATE OF TEXAS vs. JOHN ROBERT COULTER*, and numbered 12DCR061834.

3.  Appellant was convicted of the offense of Aggravated Sexual Assault of a Child buy a Jury after a trial on the merits.

4.  Appellant was assessed a sentence by the Court of Thirty Five (35) years confinement in the Institutional Division of the Texas Department of Criminal Justice Institutional Division on December 18, 2014.

5.     Notice of appeal was given by the Defendant on January 8, 2014.

6.     A Motion for New Trial was filed on January 7, 2014, which was overruled as a matter of law.

7.     The Clerk's Record was filed on April 16, 2015.

8.     The Reporter's Record was filed March 17, 2015.

9.     The Appellant's Brief was originally due on June 1, 2015. Appellant has not filed for extensions of time to file his Appellate Brief.

10.     Appellant requests an extension of time until 45 days after June 1, 2015, or until July 15, 2015, to file his Appellant's Brief.

12.     Appellant is currently incarcerated in the Institutional Division of the Texas Department of Criminal Justice pending the outcome of his Appeal.

11.     Appellant relies on the following facts as good cause for the requested extension:

Counsel for Appellant has been preparing for trial in The State of Texas v. Sherman Patterson, in the 10th Judicial District Court of Galveston County, Texas in Cause No. 13CR0924. The first Trial resulted in a mistrial based upon the failure of the jury to reach a verdict. Two additional witnesses have been bench-warranted back for the second trial. This Trial is preferentially set for June 22, 2015. For this reason, the undersigned requests an extension of until February 15, 2014 to submit Appellant's Brief.

**WHEREFORE, PREMISES CONSIDERED**, Appellant prays that this Court grant this Motion To Extend Time to File Appellant's Brief until July 15, 2015, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,

James M. Bennett, Attorney at Law
14351 CR 185
Alvin, Texas 77511
Tel: (281) 797-3501
Fax: (281) 331-9930

By:_____
James M. Bennett
State Bar No. 02145700
Attorney for John Robert Coulter

## CERTIFICATE OF SERVICE

This is to certify that on June 12, 2015, a true and correct copy of the above and foregoing document was served on the Appellate Section of the Fort Bend County District Attorney's Office, in accordance with the Texas Rules of Appellate Procedure.

_____
James M. Bennett

**STATE OF TEXAS** §
§
**COUNTY OF GALVESTON** §

## <u>AFFIDAVIT</u>

**BEFORE ME**, the undersigned authority, on this day personally appeared James M. Bennett, who after being duly sworn stated:

"I am the attorney for the appellant in the above numbered and entitled cause. I have read the foregoing Motion To Extend Time to File Appellant's Brief and swear that all of the allegations of fact contained therein are true and correct."



James M. Bennett
Affiant

**SUBSCRIBED AND SWORN TO BEFORE ME** on June 12, 2015, to certify which witness my hand and seal of office.

CONNIE NOLAN
My Commission Expires
May 6, 2018

Notary Public, State of Texas